**Rule 1653.   Commencement of Action.**

An action shall be commenced by filing **a complaint** with the prothonotary**.**

**[(a)    a complaint, or**

**(b)    an agreement for an amicable action.]**

**The complaint shall be filed under the same docket number as the claim for the mechanics' lien.**

> **Note: To file a claim for a mechanics' lien, see the Mechanics' Lien Law of 1963,  49 P.S. §§1101-1902, *as amended*.**

**Rule 1656.   The Complaint.**

**(a)**    The plaintiff shall set forth in the complaint

(1)    the name and address of each party to the action and**,** if the action is commenced by a subcontractor, the name and address of the contractor;

(2)    **[the court and number and]** the date of the filing of the claim **[and a copy thereof as an exhibit]**; **and**

(3)    a demand for judgment.

**(b)    The plaintiff shall attach a copy of the claim to the complaint as an exhibit.**

> **Note: A claim for a mechanics' lien and the complaint to obtain judgment on the mechanics' lien shall be filed under the same docket number.  *See* Rule 1653.**